JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. ADAMS, | ) Case No. EDCV 16-0517-DOC (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| UNKNOWN, | ) |
| Respondent. | ) |

Under the Order Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 16, 2016

/s/ David O. Carter
DAVID O. CARTER
U.S. DISTRICT JUDGE